**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDIO PRODUCTS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAMAO, INC., a California corporation, doing business as KLOVER CANDLES, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-07668-AB-E<br><br>[Hon. André Birotte Jr.]<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

# ORDER

Based upon the concurrently filed Joint Stipulation of Dismissal with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that:

(1) This action shall be dismissed in its entirety, with prejudice;

(2) Each party shall bear its own attorneys' fees, costs, and expenses;

(3) The Court shall retain jurisdiction over this matter for purposes of enforcing any breach of the settlement agreement, which would in all likelihood involve claims related to copyright issues that are within the exclusive province of the federal courts and/or claims under the Lanham Act that are most often handled by the federal courts; and,

(4) The parties shall engage in initial, reasonable, good faith efforts to resolve any alleged breaches of the settlement agreement prior to filing any action to resolve any such disputes pursuant to the terms of the settlement agreement.

**IT IS SO ORDERED**.

Dated: March 26, 2018

Hon. André Birotte Jr.
United States District Judge